**Opinion issued June 26, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-26-00657-CV**

———————————

**IN RE MAKENZY FERNANDES, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Makenzy Fernandes filed a petition for writ of mandamus challenging the trial court's May 26, 2026 "Order Denying Makenzy Fernandes'[s] Motion to Reconsider Order Compelling Compliance with Subpoena."[1] We deny the

---

[1] The underlying case is *Jay K. Sears v. Women's Justice Network USA and J. Doe*, cause number 2025-78000, pending in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

mandamus petition and all requests for relief contained therein. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.